1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Respondents

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK HUIE,** | 1:04-CV-06363-AWI-WMW-HC |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME FOR RESPONDENTS TO FILE FURTHER BRIEFING** |
| v. | |
| **JEANNE S. WOODFORD,** | (Documents #7 & #9) |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 25, 2005, and September 26, 2005, respondent filed requests for an extension of time to file a response to the petition, pursuant to the court's order of May 25, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondents are GRANTED an extension of time, to and including October 26, 2005, to file a response to the petition for a writ of habeas corpus.

IT IS SO ORDERED.

Dated:   October 10, 2005           /s/  William M. Wunderlich
bl0dc4                              UNITED STATES MAGISTRATE JUDGE