UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HUIE, | CV F 04-6363 AWI WMW HC |
| Petitioner, | |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| | [Doc. 16] |
| JEANNE S. WOODFORD, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. Section  636(b)(1)(B) and Local Rule 72-302.

On September 1, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on October 6, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations

to be supported by the record and by proper analysis.   Petitioner's contention in the objections is that a confidential informant was improperly used at his third disciplinary hearing because it had been found unconstitutional on administrative appeals from prior hearings.   Petitioner misstates the prior administrative appeals.   The prior administrative appeals found Petitioner's due process rights violated because Petitioner was not notified of the hearing officer's use of confidential information.  Because Petitioner was informed of the use of the confidential information at the third hearing, the prior administrative appeals' findings have no implication on the third hearing.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on September 1, 2006, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is denied;

3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   December 30, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE